UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

NICHOLE M.,[1]

                Plaintiff,

    v.

COMMISSIONER, Social Security Administration,

                Defendant.

Case No. 2:22-cv-00645-MTK

**ORDER**

**KASUBHAI,** United States District Judge:

    Plaintiff Nichole M. brought this action seeking review of the Commissioner's final decision denying her applications for supplemental security income and disability insurance benefits under the Social Security Act. The Court reversed the Commissioner's decision and remanded for calculation and payment of benefits. ECF No. 20.

    Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). ECF No. 27. No opposition was filed. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court has reviewed the record in this case and finds that the requested fees are reasonable.

---

[1] In the interest of privacy, the Court uses only the first name and last name initial of non-government parties whose identification could affect Plaintiff's privacy.

Plaintiff's motion is therefore GRANTED and Plaintiff's counsel Chad Hatfield is awarded $8,841.50 in attorney's fees under 42 U.S.C. § 406(b). When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the $7,212.96 previously received under EAJA and send Plaintiff's attorney the balance of $1,628.54, less any applicable processing fees as allowed by statute, to the below address:

Chad Hatfield
Hatfield Law, PLLC
8131 W Klamath Ct, Ste D
Kennewick, WA 99336

Any amount withheld after all administrative and court attorney's fees are paid should be released to Plaintiff.

IT IS SO ORDERED.

DATED this 13th day of December 2024.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States District Judge